JS-6

Ronald P. Oines (State Bar No. 145016)
roines@rutan.com
Michael D. Adams (State Bar No. 185835)
madams@rutan.com
Heather N. Herd (State Bar No. 217521)
hherd@rutan.com
RUTAN & TUCKER, LLP
611 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-1931
Telephone: 714-641-5100
Facsimile:   714-546-9035

Attorneys for Defendant
JAMES SMITH

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| MANUKA MEDICAL LTD., a U.K. limited liability company, | Case No. SACV 11-1724 JST (RNBx) |
|---|---|
| Plaintiff, | **ORDER DISMISSING ACTION WITH PREJUDICE** |
| vs. | |
| JAMES SMITH, an individual, | Judge:   Hon. Josephine Staton Tucker |
| Defendant. | Ctrm:    6D |

Pursuant to the parties' Stipulation of Dismissal with Prejudice, IT IS HEREBY ORDERED that the above-captioned action is dismissed with prejudice.

Dated: June 29, 2012

JOSEPHINE STATON TUCKER
Hon. Josephine Staton Tucker
Judge, United States District Court

Rutan & Tucker, LLP
attorneys at law

962/029315-0001
3668433.1 a06/28/12

-1-

Case No.  SACV 11-1724 JST (RNBx)
ORDER DISMISSING ACTION WITH PREJUDICE